UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES,
    Plaintiff,

v.

MIGUEL AGUILAR,
    Defendant.

CRIMINAL NO.
11-10417-NMG

REPORT AND RECOMMENDATION RE:
MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE
(DOCKET ENTRY # 497)

August 8, 2018

BOWLER, U.S.M.J.

Pending before this court is a pro se motion filed by defendant Miguel Aguilar ("defendant") to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 ("section 2255"). (Docket Entry # 497). The United States of America ("the government") filed an opposition (Docket Entry # 527) and defendant submitted a reply to the government's opposition. (Docket Entry # 528). The matter is therefore ripe for review.

PROCEDURAL BACKGROUND

Defendant raises two grounds for vacating the conviction and sentence. The first ground is an allegation of ineffective assistance of counsel in violation of defendant's Sixth Amendment rights. Defendant argues that trial counsel was ineffective because: (1) trial counsel did not "properly explain [to defendant] the extent of the Safety Valve provision

*Report and Recommendation accepted and adopted. S/NMGorton, USDJ 10/23/18*